IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| vs. | : |
| | : Criminal No. 04-36 (Erie) |
| PAUL BOLE, | : |
| Defendant | : |

## MOTION TO CONTINUE SENTENCING

AND NOW, this  10  day of August, 2005, comes the Defendant, by and through his attorney, Ross C. Prather, Esq., and the law firm of Prather, Prather & Higgins, LLP, and requests that this Honorable Court continue Defendant's Sentencing hearing, alleging in support thereof as follows:

1. The Defendant pleaded guilty to Conspiring to Distribute and Possession with Intent to Distribute Marijuana, on November 22, 2004.

2. Sentencing is currently scheduled for August 29, 2005, at 10:00 a.m.

3. The Defendant underwent surgery on his back on June 15, 2005. Following surgery, Mr. Bole experienced thrombosis in his leg, which has been indicated to be of great medical consequence and concern.

4. Mr. Bole's treating physician, Dr. Richard Mendel, has indicated that Mr. Bole may need six (6) months before he can be sentenced. (See Exhibit A, letter from Dr. Mendel, attached.)

5. The Defendant requests a continuance for a period of not less than two months, and the U.S. Attorney, Christian Trabold, Esq., consents to a continuance for that period of time.

PRATHER, PRATHER
& HIGGINS, LLP
ATTORNEYS AT LAW
296 CHESTNUT ST., SUITE 200
MEADVILLE, PA 16335

6. If Mr. Bole's medical condition warrants further continuance, then such will be requested at that time.

WHEREFORE, the Defendant respectfully requests that this Honorable Court continue the Sentencing of the Defendant from August 29, 2005, to a date convenient to the Court and approximately two months or more following Defendant's surgery date of June 15, 2005.

Respectfully submitted,

Ross C. Prather, Esq.
Prather, Prather & Higgins, LLP
296 Chestnut Street, Suite 200
Meadville, PA 16335
Telephone: (814) 333-4233
Facsimile: (814) 333-4313
Attorney I.D. No. 69813

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES :
:
vs. :
: Criminal No. 04-36 (Erie)
PAUL BOLE, :
Defendant :

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy the foregoing Motion was placed for delivery by the U.S. Postal Service to and upon the following:

Mr. Christian A. Trabold, Esq.
Assistant U.S. Attorney
Room A330
17 Southpark Row
Erie, PA  16501

Dated: 8/10/05

Ross C. Prather, Esq.
Prather, Prather & Higgins, LLP
296 Chestnut Street, Suite 200
Meadville, PA  16335
Telephone: (814) 333-4233
Facsimile:  (814) 333-4313
Attorney I.D. No. 69813

# PRATHER, PRATHER & HIGGINS, LLP

ATTORNEYS AT LAW

296 CHESTNUT STREET, SUITE 200

MEADVILLE, PENNSYLVANIA 16335

ROSS C. PRATHER
ELIZABETH A. PRATHER
DEBRA S. HIGGINS

TEL. (814) 333-4233
FAX (814) 333-4313

August 12, 2005

Office of the Clerk of Courts
U.S. District Court
P.O. Box 1820
Erie, PA  16507

RE:   US vs. Paul Bole
      Criminal No. 04-36 (Erie)

Dear Sir or Madam:

Please find enclosed the original plus two copies of my Motion to Continue Sentencing in the above-referenced matter. Please file the original, time-stamp the copies and return to me in the enclosed envelope.

Your assistance is greatly appreciated, and I remain

Very truly yours,

PRATHER, PRATHER & HIGGINS, LLP

Ross C. Prather, Esq.

RCP:mmb

Enclosures