8/1/05

TO: ATTORNEY ROSS PRATHER
   FAX: 814 333-4313

RE: PAUL BOLE

   THIS LETTER IS WRITTEN TO INFORM YOU THAT THE ABOVE PATIENT HAS HAD RECENT BACK SURGERY, AND POST-OPERATIVELY DEVELOPED A DEEP VEIN THROMBOSIS IN HIS LEFT LEG.
   I RECOMMEND POSTPONING HIS SENTENCING FOR 6 MONTHS.

RICHARD MENDEL, MD

EXHIBIT A