IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| vs. : | |
| : | Criminal No. 04-36 (Erie) |
| PAUL BOLE, : | |
| Defendant : | |

### **ORDER**

AND NOW, this _____ day of August, 2005, upon consideration of the Defendant's Motion to Continue Sentencing, it is hereby ORDERED that the Motion is granted and the Setencing is rescheduled to the _____ day of _____, 2005, at _____ ____.m.

By Order of the Court:

_____
SEAN J. McLAUGHLIN
United States District Judge

cc:   Christian Trabold, AUSA
      U.S. Probation Department
      U.S. Marshall