IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-36 Erie |
| | ) | |
| PAUL BOLE, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 17th day of August, 2005, upon consideration of Defendant's Motion to Continue Sentencing [Doc. No. 172],

IT IS HEREBY ORDERED that the Motion is GRANTED, and sentencing is rescheduled to **November 8, 2005 at 9:00 a.m.** in Courtroom C, 17 South Park Row, Erie, Pennsylvania.

s/ Sean J. McLaughlin<br>
United States District Judge

cm: All parties of record.