MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

U.S.A.

*Plaintiff*

vs.

Paul Andrew Bole

No. CR 04-36E

*Defendant*

HEARING ON Sentencing 11-8-05

Before Judge McLaughlin

Christian Trabold                    Ross Prather

*Appear for Plaintiff*                *Appear for Defendant*

Hearing begun 8:22 AM                Hearing adjourned to 8:50 AM

Hearing concluded C. A. V.           Stenographer Ron Bench
                                     Clerk: Nicole Kierzek

WITNESSES:

*For Plaintiff*                      *For Defendant*

Govt. Witness - Trooper Eric Reese

5K Mtn ~~adopted~~ Granted
Dft. Exhibits 1-3 admitted

J and C to follow



# Conneaut Valley Health Center, Inc.
P.O. Box E   Washington Street, Conneautville, Pennsylvania 16406   (814) 587-2021

November 1, 2005

RE:       Paul Bole
Date Of Birth: 4-10-58

To Whom It May Concern:

Mr. Bole is a 47 year old male with a history of chronic back pain, status post DVT and also status post lumbar spinal surgery. He has been maintained on narcotics for the last year and a half. We are slowly weaning him down. He is slowly improving. He is currently on a regimen of 120 mg of MS Contin twice daily, as well as MSIR 15 mg one po q6hours prn. He is well controlled on this and has been doing well. He also has the DVT, which is large and needs to be monitored every 1-2 months to make sure it is shrinking as required and he is currently being maintained on Coumadin.

If you have any questions regarding his care or about his records, please contact me directly at my office, (814)373-2276.

Thank you,

Frank J. McLaughlin, D.O.

FJM/rll



An Affiliate of Community Health Services, Inc.

**FRANK J. McLAUGHLIN, D.O.**
**CONNEAUT VALLEY HEALTH CENTER**
**CONNEAUTVILLE, PA 16406**
**TELEPHONE (814) 373-2276**

NAME  Paul Rolf         AGE
ADDRESS                 DATE 11/7/05

| PRESCRIPTIONS | QUAN. | REFILLS | |
|---|---|---|---|
| 1 ℞ Pt Needs to a Spinal Cord Stimulator with him. | | 0 / 2 / 4 | 1 / 3 / 5 |
| 2 ℞ | | 0 / 2 / 4 | 1 / 3 / 5 |
| 3 ℞ | | 0 / 2 / 4 | 1 / 3 / 5 |

SUBSTITUTION PERMISSIBLE    FRANK J. McLAUGHLIN, DO    PA LIC#0S-011018L

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY"
OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.





**UPMC HEALTH SYSTEM**
*UPMC Behavioral Health Northwest*

Frank Yohe, MD
16332 Conneaut Lake Road
Meadville, PA 16335
(814) 337-UPMC or
(814) 337-8762
MD# 022321E

*A hospital of UPMC Health System*

Name: Paul Bole
Address: ___
Age: ___
Date: 2-7-05
Refill: ___ times

℞ Paul needs water with him at all times so he can swallow.

_____, MD

In order for a brand name product to be dispersed, the prescriber must handwrite "Brand Necessary" or "Brand Medically Necessary" in the space below.

_____   Pres021

