```
     UNITED STATES
     DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 06000129 - DM
        December 9, 2005

  Code   Case #   Qty     Amount

  IND FELD 04-36           50.00 CA


  TOTAL→                   50.00


  FROM: PAUL BOLE
        6755 CARPENTER ROAD
        CONNEAUTVILLE PA  16406
```

*Spec. assessment*
*recpt # 06-129*
*CR 04-36 Erie*
*pd in full*