CR 04-36
special assessment
Paul Bole

receipt # 06-125

```
      UNITED STATES
      DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

    # 06000125 - JD
     December 8, 2005

  Code    Case #    Qty     Amount

  IND FELO 04-36cr e           50.00 CA


  TOTAL→              50.00



  FROM: PAUL BOLE
```