IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
         vs.                    )        Criminal Number 04-36E
                                )
    Paul Bole                   )

The above named defendant satisfied the judgment of November 8, 2005 by paying on December 9, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  12/30/05
Deputy Clerk                      Date